# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN BLACHOWICZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARYLAND CHINA COMPANY, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:22-cv-00222-WMS |

## NOTICE OF SETTLEMENT

　　Plaintiff Karen Blachowicz, through undersigned counsel, hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Maryland China Company, LLC. The parties are finalizing the settlement documents and expect to file a dismissal within thirty days.

Dated: May 18, 2022　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243
　　　　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Karen Blachowicz*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 18th day of May, 2022.

                                                                        */s/ Benjamin J. Sweet*
                                                                          Benjamin J. Sweet