UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAREN BLACHOWICZ,

                    Plaintiff,          Case No. 22-cv-00222-WMS

   -against-                **STIPULATION AND ORDER OF**
                                                              **DISMISSAL WITH PREJUDICE**

MARYLAND CHINA COMPANY, INC.,

                    Defendant.
-----------------------------------------------------------X

      WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act because the website is not fully accessible to disabled individuals; and

      WHEREAS, defendant continues to be committed to compliance with the applicable law, and the parties are amicably resolving this litigation on that basis,

      IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 15, 2022

NYE, STIRLING, HALE & MILLER LLP     LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ Benjamin J. Sweet*               By:    */s/ Peter T. Shapiro*
     Benjamin J. Sweet, Esq.                      Peter T. Shapiro, Esq.
     1145 Bower Hill Road, Suite 104          77 Water Street, Suite 2100
     Pittsburgh, Pennsylvania 15243           New York, New York 10005
     (412) 857-5350                                   (212) 232-1300
     ben@nshmlaw.com                       Peter.Shapiro@lewisbrisbois.com
     *Attorneys for Plaintiff*                        *Attorneys for Defendant*

SO ORDERED:

_____
                U.S.D.J